# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. BAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:11-cv-00147- SKO<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 13) |

On September 12, 2011, the parties filed a stipulated request that Plaintiff be granted an extension of time until October 12, 2011, to file an opening brief.[1] (Doc. 13.) The Court GRANTS the parties' request.

Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff shall file an opening brief **on or before October 12, 2011**;

---

[1] Local Rule 144(d) controls the time for requesting extensions and states that "Counsel shall seek to obtain a necessary extension. . . as soon as the need for an extension becomes apparent. Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." The Court notes that Plaintiff requested this extension on September 12, 2011, the day the opening brief was due. While the Court will grant this extension, counsel is advised to strive to adhere to Local Rule 144 and to request an extension when the need becomes apparent and not when the filing is due.

2. The Commissioner shall file a responsive brief **on or before November 11, 2011**; and

3. Plaintiff may file a reply brief **on or before November 28, 2011**.

IT IS SO ORDERED.

**Dated:   September 13, 2011**                           /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE