1
2
3
4

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

5
6
7

8  DAVID S. BAKER,                           )   Case No.: 1:11-cv-00147- SKO
                                             )
9           Plaintiff,                       )   ORDER OF  DISMISSAL
                                             )
10      vs.                                  )
                                             )
11  MICHAEL J. ASTRUE,                       )
    Commissioner of Social Security,         )
12                                           )
            Defendant.                       )
13  _____      )

14

15      On September 16, 2011, the parties filed a stipulation requesting that the

16  above captioned matter be dismissed with prejudice, each party to bear its own

17  fees, costs, and expenses.

18      Accordingly, THE COURT HEREBY ORDERS that Plaintiff's complaint is

19  dismissed with prejudice and the parties shall bear their own fees, costs, and

20  expenses.

21  IT IS SO ORDERED.

22

23  Dated:    __**September 18, 2011**__          _____**/s/ Sheila K. Oberto**_____
                                                UNITED STATES MAGISTRATE JUDGE

24
25
26